1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| NORMA ROA, | CASE NO: 09-CV-1655 W (AJB) |
|---|---|
| Petitioner, | **ORDER DISMISSING PETITION AS MOOT** |
| v. | |
| JANET NAPOLITANO, Secretary of the Department of Homeland Security, et al., | |
| Respondents. | |

On July 30, 3009, Petitioner Norma Roa filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner challenges her continued detention on the grounds that it violates her Fifth Amendment due process rights.  (*See* Doc. No. 1, p.5.)

On October 8, 2009, Respondents notified the Court that Petitioner was released from custody on or about October 1, 2009.  (*See* Doc. No. 10-1, ¶ 3.)  Respondents, therefore, argue that the case is moot and should be dismissed.  To date, Petitioner has

1  not filed a response to Respondents' notice, and thus Petitioner has not opposed the
2  request for dismissal.
3       Attached to Respondents' notice is a copy of the Order of Release on
4  Recognizance (Doc. No. 10-2), which was signed by Petitioner on October 1, 2009.
5  Because the evidence before the Court establishes that Petitioner was released from
6  custody, the Court finds that the petition is moot, and thus orders this case
7  **DISMISSED**.
8       **IT IS SO ORDERED.**

10
11  DATED: October 22, 2009

12
13                                              Hon. Thomas J. Whelan
                                            United States District Judge

15  **CC**: **ALL PARTIES**